UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| CROWN BEVERAGE, INC., a Nevada corporation,<br><br>　　　　　　　　　Plaintiff,<br>　　v.<br>SIERRA NEVADA BREWING CO., a California corporation; DOES I through X, inclusive,<br><br>　　　　　　　　　Defendants. | Case No. 3:16-cv-00695-MMD-VPC<br><br>JUDGE MIRANDA M. DU'S<br>ORDER REGARDING BENCH TRIAL |

　　1.　　SCHEDULE. This case is scheduled for a consolidated hearing on the Plaintiff's motion for preliminary injunction (ECF No. 14) and trial on certain dispositive issues pursuant to Fed. R. Civ. P. 65(a)(2) and the parties' joint request (ECF No. 18). The trial is scheduled to commence on May 30, 2017 at 9:00 a.m. A pre-trial status conference is set for May 22, 2017, at 1:00 p.m.

　　2.　　PRETRIAL MATTERS. The parties must coordinate the exchange of information in advance of trial to comply with the expedited schedule set forth in this Order. This includes working out a schedule to identify exhibits and objections and stipulations to the same, and to deposition designations and counter-deposition designations.

　　3.　　MOTIONS IN LIMINE. Motions in limine must be fully briefed and submitted for decision no later than **three weeks** before trial. Motions filed after this established deadline will be automatically denied. Counsel are required to meet and

confer on the issues raised in the motion in limine before filing the motion and must include a statement certifying compliance with this personal consultation requirement.

    4.    WITNESSES. Counsel must exchange their witness list **two weeks** before trial. The final witness lists must be filed **one week** before trial. Deposition designations and counter-deposition designations must be filed at the same time.

    5.    EXHIBITS and DEPOSITIONS. **One week** before trial, counsel must file their complete exhibit list of all exhibits that are intended to be used during the trial. Plaintiffs shall use numerals 1 through 499 and defendants shall use numerals 500 through 999. The exhibits are to be listed on a form provided by the Clerk's Office, and may be computer-generated if they conform to the requirements of the form that is provided by the Clerk. Counsel shall retain possession of their exhibits until such time as they are identified in open court; thereafter, the exhibits shall remain in the custody of the Clerk unless otherwise ordered. In any case which involves fifteen (15) or more document exhibits, the pre-marked exhibits must be placed in a loose-leaf binder behind a tab noting the number of each exhibit and each exhibit shall be pre-marked with an exhibit sticker. The binder must be clearly marked on the front and side with the case caption and number and the sequence of exhibits. If oversized binders are used, the holes in the documents shall be large-sized so that the pages may be easily turned. **Five (5) calendar days** before trial, counsel must provide the Courtroom Administrator with (1) the binder containing the exhibits and (2) an electronic copy of the exhibits for the trial judge.

    6.    MARKING EXHIBITS. During preparations for trial, counsel for all parties must meet, confer, pre-mark and exchange all trial exhibits. At least **five (5) calendar days** before trial, counsel in civil cases must notify Judge Du's Courtroom Administrator that the exhibits have been pre-marked.

    7.    EVIDENCE DISPLAY EQUIPMENT. Counsel wishing to utilize the Court's evidence display equipment must make contact with the Courtroom Administrator to determine its availability and to arrange for training. Counsel wishing to utilize their own

display equipment must contact the Courtroom Administrator to arrange a time and date to set up the equipment prior to the trial.

8. TRIAL BRIEFS AND RELATED FILINGS. **One week** before trial, the parties must file: (1) pre-trial briefs; (2) stipulated facts; and (2) proposed findings of fact and conclusions of law. At the same time, the parties must provide a copy of the same in MS Word format to chambers by email to the Courtroom Administrator at Peggie_Vannozzi@nvd.uscourts.gov.

9. CONTACT PERSON. All questions and information regarding the trial calendar are to be directed to PEGGIE VANNOZZI, Courtroom Administrator.

IT IS SO ORDERED.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE